NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIN W. PHILLIPS,                    )
                                     )
         Appellant,                  )
                                     )
v.                                   )        Case No. 2D18-4114
                                     )
DONALD E. PHILLIPS,                  )
                                     )
         Appellee.                   )
_____ )


Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Marion L. Fleming, Judge.

John B. Agnetti of Hoffman, Larin &
Agnetti, P.A., Miami, for Appellant.

Eric R. Maier and Michael L. Lundy of
Older, Lundy & Alvarez, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.